UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an <u>Application for Admission</u> before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at www.ca4.uscourts.gov/cmecftop.htm.

THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. 13-1877 _____ as

☐ Retained   ☐ Court-appointed(CJA)   ☐ Court-assigned(non-CJA)   ☐ Federal Defender   ☐ Pro Bono   ☐ Government

COUNSEL FOR: Trooper L. W. Price, Individually and in his official capacity

_____ as the

(party name)

☑ appellant(s)   ☐ appellee(s)   ☐ petitioner(s)   ☐ respondent(s)   ☐ amicus curiae   ☐ intervenor(s)

/s/ Michael D. Mullins
_____
(signature)

Michael D. Mullins
_____
Name (printed or typed)

Steptoe & Johnson PLLC
_____
Firm Name (if applicable)

P.O. Box 1588
_____

Charleston, WV 25326
_____
Address

304-353-8000
_____
Voice Phone

304-353-8180
_____
Fax Number

michael.mullins@steptoe-johnson.com
_____
E-mail address (print or type)

## CERTIFICATE OF SERVICE

I certify that on July 24, 2013 _____ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

| | |
|---|---|
| Michael T. Clifford, Esquire<br>Richelle Garlow, Esquire<br>723 Kanawha Boulevard, East<br>Union Building, Suite 1200<br>Charleston, WV 25301 | |

/s/Michael D. Mullins
_____
Signature

7/24/2013
_____
Date

11/17/2011
SCC