FILED: October 15, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-1877
(2:11-cv-00962)

_____

STEPHEN S. KREIN

  Plaintiff - Appellee

v.

TROOPER L. W. PRICE, individually and in his official capacity

  Defendant - Appellant

and

WEST VIRGINIA STATE POLICE; TROOPER W. S. SNYDER, individually and in his official capacity

  Defendants

_____

O R D E R

_____

The court extends the briefing schedule as follows:

Opening brief and Appendix due: 12/02/2013

Response brief due: 01/06/2014

Any reply brief: 14 days from service of response brief.

                                                         For the Court--By Direction

                                                         <u>/s/ Patricia S. Connor, Clerk</u>