FILED: December 2, 2013

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 13-1877
(2:11-cv-00962)

_____

STEPHEN S. KREIN

      Plaintiff - Appellee

v.

TROOPER L. W. PRICE, individually and in his official capacity

      Defendant - Appellant

and

WEST VIRGINIA STATE POLICE; TROOPER W. S. SNYDER, individually and in his official capacity

      Defendants

_____

O R D E R

_____

Upon consideration of the motion to file CD Exhibits with the Appendix, the court grants the motion.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk